# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1479
LT Case No. 2018-CF-054259-A

———————————————

MICHAEL T. RYAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Stephen G. Henderson, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe, Assistant Public Defender, Daytona Beach, for Appellant.

Jeffrey Paul DeSousa, Chief Deputy Solicitor General; Rajan K. Vasisht, Solicitor General Fellow; and James Uthmeier, Attorney General, Tallahassee; and Pamela J. Koller and Richard A. Pallas, Jr., Assistant Attorneys General, Daytona Beach, for Appellee.


November 6, 2025


PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____